IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BETTY FEATHERSTON
and JAMES MYERS                                          PLAINTIFFS

   v.                    Case No. 05-CV-6052

MERCK & CO., INC.                                         DEFENDANT

ORDER

Now on this 15th day of August, 2005, there comes on for consideration the defendant's motion to stay all proceedings pending transfer decision by the Judicial Panel on Multidistrict Litigation (#5). The Court, being well and sufficiently advised in the premises and there being no objection from the plaintiffs, finds that the motion should be and is hereby GRANTED.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED that the Court will stay all proceedings in this case pending transfer to the MDL proceeding that has been established in the Eastern District of Louisiana.

IT IS SO ORDERED.

/S/ Robert T. Dawson
Robert T. Dawson
United States District Judge